# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RENE S. SCHEUERMAN                                               PLAINTIFF

v.                           No. 1:17-cv-108-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                     DEFENDANT

## ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b)(1983 addition to advisory committee notes). Notwithstanding Scheuerman's struggles with chronic pain, substantial record evidence supports the ALJ's decision; and the Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). Scheuerman's complaint will therefore be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 July 2018