IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RENE S. SCHEUERMAN                                              PLAINTIFF

v.                          No. 1:17-cv-108-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                    DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 July 2018